IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

vs.   CASE NO.  3:99-CR-315-009 (DRD)

**WILSON SANABRIA-MONTES**
* * * * * * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION OF SUPERVISED RELEASE CONDITIONS**

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**UNITED STATES. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW, JOSE A. FIGUEROA, U.S. PROBATION OFFICER** of this Court, presenting an official report upon the conduct and attitude of releasee, Wilson Sanabria-Montes who on June 1, 2001, was sentenced to ninety-six (96) months of imprisonment and a four (4) year supervised release term after pleading guilty to Title 21, U.S. Code, Section 846.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

On March 12, 2008, the probationer requested that he be referred to a mental health counseling program.  Subsequently, he signed Probation form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, in which a mental health special condition is requested.  Original Probation Form-49 is hereto attached.

**WHEREFORE,** in view of the above, it is respectfully requested that it be ordered that the conditions of supervised release be modified so that Mr. Sanabria-Montes may participate in a mental health treatment program as arranged and approved by the U.S. Probation Office.

In San Juan, Puerto Rico, this 28th day of March 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
UNITED STATES PROBATION OFFICER


s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No. 787-766-6153
Fax No.  787-766-5945
jose_a_figueroa@prp.uscourts.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rosa E. Rodríguez-Vélez, U.S. Attorney, and Gabriel Hernández-Rivera, Esq.

At San Juan, Puerto Rico, March 28, 2008.


s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No. 787-766-6153
Fax No.  787-766-5945
jose_a_figueroa@prp.uscourts.gov

2